**Electronically Filed
Supreme Court
SCWC-11-0000073
14-JUN-2012
02:13 PM**

NO. SCWC-11-0000073

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

DONALD LEVELL, JR., Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000073; CASE NO. 1P110-10648)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ., and
Circuit Judge Castagnetti, in place of Duffy, J., recused)

The Application for Writ of Certiorari filed on May 1, 2012 by Petitioner/Defendant-Appellant Donald Levell, Jr., is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, June 14, 2012.

Trisha Y. Nakamura, and
James S. Tabe, Deputy
Public Defenders,
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Jeannette H. Castagnetti

